

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00695-CV

John M. **DONOHUE**,
Appellant

v.

Sergeant Jose **HERNANDEZ,** Deputy Matt Krueger, Deputy Birdie Tyler, and Denise Martinez,
Appellees

From the County Court at Law, Kendall County, Texas
Trial Court No. 15-003-CCL
Honorable Bill R. Palmer, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, we REVERSE the trial court's order granting Denise Martinez's plea to the jurisdiction, and REMAND this part of the case to the trial court for further proceedings. The trial court's judgment is AFFIRMED in all other respects.

SIGNED December 7, 2016.

_____
Karen Angelini, Justice